# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

## MEDIATOR'S FINAL REPORT

1. Case name:    RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.*

   Runway Liquidation, LLC v. PSMG, Inc., d/b /a Pacwest Security Services

2. a. Case #    17-010466 (SCC)        b. Adversary #: 19-01057-(SCC)

3. Nature of dispute:    Preference action.

4. Date of mediator appointment:   Approx. 10/29/19

5. a. Has case settled:    **No.  Full day conference held on 11/13/19.  Mediator's Proposal rejected on 11/20/2019**

   [ ] Yes, before first meeting [ ] Yes, in mediation [ ] Yes, after mediation, if you know **[X] Case did not settle**

   b. If settled, how long from appointment to settlement of case? n/a

   c. What were the principal terms of the settlement? n/a

6. a. What was total fee?: $5,000.00   b. How was it paid?   Split by both sides and paid in advance

7. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   (Mediator) David W. Meadows, Esq

   Mr. Simon Semann, President of the Defendant

   Liquidating Trustee was available telephonically, per agreement.   (Mediation was conducted in Los Angeles)

8. Please provide the names, addresses, and telephone numbers of counsel:

   | Name: | David N. Shaver, Esq.(for Defendant) | Name: | Jason Pomerantz, Esq. (for the Trustee) |
   |---|---|---|---|
   | Address: | Bunt & Shaver, 801 N. Parkcenter Drive, | Address: | Pachulski Stang Ziehl & Jones, LLP |
   | | Suite 103, Santa Ana, CA  92705-3526 | | 10100 Santa Monica Blvd., 11th Floor |
   | | | | Los Angeles, CA  90067-4100 |
   | Phone: | (714) 558-8823 | Phone: | (310) 277-6910 |

**Signature of Mediator:**    *David W. Meadows*    **Date:**    November 21, 2019

Address:  1801 Century Park East, Suite 1235, Los Angeles, CA  90067

Email:  david@davidwmeadowslaw.com;   www.davidwmeadowslaw.com

Phone: (310) 557-8490.