Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
Jason S. Pomerantz, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  blevine@pszjlaw.com
       acaine@pszjlaw.com
       jspomerantz@pszjlaw.com

*Counsel to Plaintiff Runway Liquidation, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10466 (SCC)<br><br>(Jointly Administered) |
| RUNWAY LIQUIDATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PSMG, INC. d/b/a PACWEST SECURITY SERVICES,<br><br>Defendant. | Adv. Proc. No. 19-01057 (SCC) |

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE OF COMPLAINT**

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

DOCS_NY:40502.1 08467/001

It is hereby stipulated by and between the parties to the above-captioned adversary proceeding (the "Adversary Proceeding"), through their undersigned counsel, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, this Adversary Proceeding is dismissed with prejudice with each party to bear its own costs.

| | |
|---|---|
| Dated: May 13, 2020 | Dated: May 13, 2020 |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Counsel to Plaintiff, Runway Liquidation, LLC | **LAW OFFICES OF BUNT & SHAVER**<br>Counsel for PSMG, Inc. d/b/a Pacwest Security Services |
| By: */s/ Beth E. Levine*<br>    Beth E. Levine, Esq.<br>    Andrew W. Caine, Esq. (admitted<br>        *pro hac vice*)<br>    Jason S. Pomerantz, Esq. (admitted<br>        *pro hac vice*)<br>    780 Third Avenue, 34th Floor<br>    New York, NY 10017<br>    Tel.: (212) 561-7700<br>    Fax: (212) 561-7777<br>    Email: blevine@pszjlaw.com<br>            acaine@pszjlaw.com<br>            jspomerantz@pszjlaw.com | By: */s/ David N. Shaver*<br>    David N. Shaver, Esq.<br>    801 N. Parkcenter Dr., Suite 103<br>    Santa Ana, CA 92705-3526<br>    Tel: (714) 558-8823 –<br>    Fax: (714)-558-8826<br>    Email: DNShaver@buntshaverlaw.com |

SO ORDERED: May 14, 2020

/S/ Shelley C. Chapman
HON. SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

DOCS_NY:40502.1 08467/001